(March 22, 1954.)

JOSEPH GLUCKMAN, Appellant, v. ANTHONY FROEHLICH et al., Respondents.—Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ. [See *ante*, p. 795.]